UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 410
Melville, New York  11747
(631) 247-0404
    MARC S. WENGER, ESQ. (MW8910)

**VIA ECF**

---

| | |
|---|---|
| JOSE BRAVO, | Case No. 05 Civ. 4808 |
|         Plaintiff, | Robinson, J. |
|    -against- | |
| | STIPULATION EXTENDING |
| HUDSON VALLEY DIALYSIS CENTER INC., | DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO |
|         Defendant. | **PLAINTIFF'S COMPLAINT** |

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant that the date by which Defendant must answer, move or otherwise respond to the Complaint is hereby extended to June 20, 2005.

| | |
|---|---|
| LAW OFFICES OF PAUL N. CISTERNINO, P.C. | JACKSON LEWIS LLP |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |
| 701 Westchester Avenue, Suite 308W | 58 South Service Road, Suite 410 |
| White Plains, New York  10604 | Melville, New York 11747 |
| (914) 997-0303 | (631) 247-0404 |
| By: /s/ Paul N. Cisternino, Esq. | By: /s/ Marc S. Wenger, Esq. (MW8910) |

Dated: June 21, 2005        Dated: _____

SO ORDERED on this ___ day of June, 2005.

/s/ _____
United States District Judge

I:\Clients\A\97326_MSW\79413-Bravo\Pleadings\Stip Extending Time.doc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____