UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*VIA ECF*

---

JOSE BRAVO

                Plaintiff,

-against-

HUDSON VALLEY DIALYSIS CENTER,

                Defendant.

Civil Action No. 05 Civ. 4808,
Robinson, J.

---

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party.

SO AGREED:

Dated: 8/26/05

*ATTORNEYS FOR PLAINTIFF*

By: _____
PAUL N. CISTERNINO, ESQ.
LAW OFFICES OF PAUL N. CISTERNINO, P.C.
701 Westchester Avenue, Suite 308W
White Plains, New York 10604

Dated: 8/31/05

*Case Closed*

*ATTORNEYS FOR DEFENDANT*

By: _____
MARC S. WENGER, ESQ. (MW8910)
JACKSON LEWIS, LLP
58 South Service Road
Melville, NY 11747

SO ORDERED on this 2nd day of September, 2005.

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____